# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5150**               **September Term, 2024**

**1:25-cv-00966-RCL**

**Filed On:** April 27, 2025

Middle East Broadcasting Networks, Inc.,

         Appellee

     v.

United States of America, et al.,

         Appellants

**No. 25-5151** **1:25-cv-00907-RCL**

Radio Free Asia,

         Appellee

     v.

United States of America, et al.,

         Appellants

     **BEFORE:**     Pillard, Katsas, and Rao, Circuit Judges

**O R D E R**

Upon consideration of the emergency motion for an administrative stay and stay pending appeal, it is

**No. 25-5150**                                    **September Term, 2024**

   **ORDERED** that appellees file a response to the emergency motion by Tuesday, April 29, 2025.  Any reply is due by Thursday, May 1, 2025.


**<u>Per Curiam</u>**


                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

              BY:    /s/
                     Erica Thorner
                     Deputy Clerk